IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE SCHULTZ,<br><br>   Plaintiff,<br><br>vs.<br><br>SOUTHWEST CREDIT SYSTEMS, LP<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:11-cv- 6360<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES SOUTHWEST CREDIT SYSTEMS, LP, by and through its attorneys, GORDON & REES, LLP, and in support of its motion to extend the time to answer or otherwise plead to plaintiffs' complaint, states as follows:

1. Defendant has been served with plaintiffs' complaint alleging one-count of a violation of the Fair Debt Collection Practices Act. Defendant's answer or other pleading is due October 11, 2011.

2. Defendants have retained undersigned counsel and is investigating this matter and preparing its response to plaintiffs' complaint.

3. Defendants expect that a 28-day extension, until November 8, 2011, in which to answer or otherwise plead will be sufficient to fully address all the issues raised in plaintiffs' complaint. Defendant expects that it will investigate whether early resolution of this matter is possible.

4. This motion is not brought to unduly delay these proceedings or to harass any party to this case.

WHEREFORE, SOUTHWEST CREDIT SYSTEMS, LP request this Honorable Court grant them an extension until November 8, 2011 in this to answer or otherwise plead to plaintiff's complaint.

                Respectfully submitted,

                By: /s/ Patrick F. Moran
                     Attorneys for Defendant

Ryan T. Brown
Patrick F. Moran
Gordon & Rees, LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
(312) 565-1400 Telephone
(312) 565-6511 Facsimile
Firm No. 44343

MGT/8011113/10874796v.1