IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE SCHULTZ,<br><br>      Plaintiff,<br><br>vs.<br><br>SOUTHWEST CREDIT SYSTEMS, LP<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.  1:11-cv- 6360<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

NOW COMES SOUTHWEST CREDIT SYSTEMS, LP, by and through its attorneys, GORDON & REES, LLP, and in support of its motion to extend the time to answer or otherwise plead to plaintiffs' complaint, states as follows:

1. Defendant has been served with plaintiffs' complaint alleging one-count of a violation of the Fair Debt Collection Practices Act. Defendant's answer or other pleading is due October 11, 2011.

2. This Court granted defendant's first extension of a time, giving it until November 8, 2011 to answer or otherwise plead.

3. Since that order, the parties have engaged in substantial settlement negotiations, and defendant believes that a one-week extension, to November 15, 2011 will enable the parties to fully settle this case or decide to proceed with litigation.

4. This motion is not brought to unduly delay these proceedings or to harass any party to this case.

WHEREFORE, SOUTHWEST CREDIT SYSTEMS, LP request this Honorable Court grant it an extension until November 15, 2011 in this to answer or otherwise plead to plaintiff's complaint.

                                                      Respectfully submitted,

                                        By: /s/ Patrick F. Moran
                                            Attorneys for Defendant

Ryan T. Brown
Patrick F. Moran
Gordon & Rees, LLP
One North Franklin, Suite 800
Chicago, Illinois 60606
(312) 565-1400 Telephone
(312) 565-6511 Facsimile

ACEUS/1073240/11114026v.1