**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JULIE SCHULTZ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11 cv 6360 |
| | ) |
| SOUTHWEST CREDIT SYSTEMS, LP | ) Honorable Harry D. Leinenweber |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STIPULATION OF DISMISSAL**

COME NOW Plaintiff Julie Schultz and Defendant Southwest Credit Systems LP, by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to jointly stipulate to the dismissal of this case with prejudice.

Jointly stipulated this 2nd day of December 2011.


By: /s/ Ryan T. Brown
    Ryan T. Brown
    Gordon & Rees LLP
    One North Franklin
    Suite 800
    Chicago, Illinois 60606
    (312) 565-1400
    E-Mail: rtbrown@gordonrees.com

*Counsel for Defendant Southwest Credit Systems, LP*

By: /s/ Alexander Holmes Burke
    Alexander Holmes Burke
    Burke Law Offices, LLC
    155 N. Michigan Ave.
    Suite 9020
    Chicago, IL 60601
    (312) 729-5288
    E-Mail: ABurke@BurkeLawLLC.com

*Counsel for Plaintiff Julie Schultz*